RANSOM v. MEAD, City Treasurer.

(Opinion filed June 27, 1900).

Appeal from circuit court, Hughes county. Hon. A. W. CAMPBELL, Judge.

Action by James J. Ransom against Corwin D. Mead, treasurer of the city of Pierre. Judgment for plaintiff. Defendant appeals. Reversed.

*Horner & Stewart,* for appellant.

*Dillon & Sutherland,* and *Ivan W. Goodner,* for respondent.

HANEY, J. The issues involved herein are the same as those in Insurance Co. v. Mead, 13 S. D. 37, 82 N. W. 78. For the reasons given in that case, the judgment of the circuit court is reversed, and a new trial ordered.